**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**HELEN M. MOCK,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　**Case No. 4:17cv247-CAS**

**NANCY A. BERRYHILL, Acting Commissioner of Social Security,**

    **Defendant.**
_____/

## MEMORANDUM OPINION AND ORDER

This action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for disability benefits. ECF No. 1. On November 29, 2017, Defendant filed an unopposed motion to reverse and remand this case pursuant to sentence four of Title 42 U.S.C. § 405(g), ECF No.17. *See* Shalala v. Schaefer, 509 U.S. 292 (1993).

Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment

affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The Acting Commissioner states that should the Appeals Council remand the matter to an Administrative Law Judge (ALJ), upon remand,

> the ALJ will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including offering Plaintiff a new hearing, and issuing a new decision. The ALJ will reevaluate Plaintiff's residual functional capacity, evaluate all opinions in accordance with the regulations, and, if necessary, obtain vocational expert testimony to clarify the effects of the assessed limitations on Plaintiff's ability to perform work.

ECF No. 17 at 2. This court concludes that good cause has been shown for this case to be reversed and remanded to the Acting Commissioner for further proceedings.

Accordingly, it is **ORDERED**:

Defendant's unopposed motion to reverse and remand, ECF No. 17, is **GRANTED** and the Acting Commissioner's decision denying benefits is **REVERSED** and this case is **REMANDED** to the Acting Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further

proceedings consistent with this Memorandum Opinion and Order. The clerk is directed to enter **JUDGMENT** for Plaintiff.

**IN CHAMBERS** at Tallahassee, Florida, this November 30, 2017.

/s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**